# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 5, 2017

**Before**

DANIEL A. MANION, *Circuit Judge*
MICHAEL S. KANNE, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

No. 16-1754

| | |
|---|---|
| ILLINOIS BIBLE COLLEGES ASSOCIATION, et al., | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiffs-Appellants,* | |
| v. | |
| LINDSAY K. H. ANDERSON, Chair of the Illinois Board of Higher Education, | No. 15-cv-00444 |
| *Defendant-Appellee.* | Sharon Johnson Coleman, *Judge*. |

**O R D E R**

The opinion released on August 29, 2017, is amended as follows: page 13, second full paragraph, line 3, "Establishment" is changed to read "Free Exercise."

On consideration of the petition for rehearing and suggestion for rehearing en banc filed by plaintiffs-appellants on September 15, 2017, no judge in active service has requested a vote and all judges on the original panel have voted to deny rehearing. The petition is therefore DENIED.